

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2013

No. 04-13-00404-CV

**IN RE** The **ESTATE OF** Alberto **TREVIÑO**, Jr.

Original Mandamus Proceedings[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The court has considered the Motion for En Banc Reconsideration filed on behalf of the real party in interest on October 7, 2013 and the motion is DENIED.

It is so **ORDERED** on November 6th, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. P-01796, styled *In re the Estate of Alberto Treviño, Jr.*, pending in the County Court, Zapata County, Texas, the Honorable Joe Rathmell presiding.